THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDULLAHI ALI, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL GENERAL INSURANCE COMPANY, a corporation,<br><br>    Defendant. | NO. 2:23-cv-00590-MJP<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT AWARD OF FEES AND COSTS**<br><br>**NOTED ON MOTION CALENDAR:** |

## ORDER OF DISMISSAL

THIS MATTER having come before the Court upon the Parties' Joint Stipulation of Dismissal With Prejudice, and without costs and/or attorneys' fees as to any party, and the Court having reviewed the Joint Stipulation and the records and files herein, and finding good cause, now, therefore, it is hereby ORDERED that the Parties' Stipulation of Dismissal With Prejudice is GRANTED.

IT IS FURTHER ORDERED that all claims between the Parties are DISMISSED with prejudice, and without costs or attorney fees awarded to any party.  This case is closed.

//
//
//
//

ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT
AWARD OF FEES AND COSTS - 1
(2:23-cv-00590-MJP )

7797833.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

DATED this 14th day of September, 2023.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Judge

**PRESENTED BY:**

LAW OFFICE OF GAVIN M. SIMKINS

By: *s/ Gavin M. Simkins*
    Gavin M. Simkins, WSBA #42402
    4103 SW 317th Street
    Federal Way, WA 98023
    Telephone: (253) 777-5276
    gavin@simkinslegal.com
    gmsimkins@gmail.com
    staff@simkinslegal.com

*Attorney for Plaintiff Abdullahi Ali*


WILLIAMS, KASTNER & GIBBS, PLLC

By: *s/ Eliot M. Harris*
    Eliot M. Harris, WSBA #36590
    Ashley M. Langley, WSBA #54032
    601 Union Street, Suite 4100
    Seattle, WA 98101-2380
    Telephone: (206) 628-6600
    Fax: (206) 628-6611
    eharris@williamskastner.com
    alangley@williamskastner.com

*Attorneys for Defendant National General Insurance Company*

ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT AWARD OF FEES AND COSTS - 2
(2:23-cv-00590-MJP )

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7797833.1